JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL CHRISTIAN PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARRIS, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. CV 18-9682-RGK (SP)<br><br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

　　IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: May 5, 2020

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE